# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-1446
_____

YAELLY FARGAS,

Appellant,

v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION and
AVANTE AT ORLANDO INC.,

Appellees.

_____

On appeal from Reemployment Assistance Appeals Commission.
Frank E. Brown, Judge.

September 10, 2021

PER CURIAM.

DISMISSED. *See* Fla. R. App. P. 9.110(b); Fla. R. App. P. 9.020(h).

RAY, JAY, and TANENBAUM, JJ., concur.

———————————————————

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

———————————————————

Yaelly Fargas, pro se, Appellant.

No appearance for Appellees.